Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 5206 | **DATE** | 9/12/2000 |
| **CASE TITLE** | Joe N. Sherrod-Bey vs. Donald Snyder, Jr. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Plaintiff's motion to file an amended complaint is granted. (7-1) Defendants Donald Snyder, Jr. George DeTella, Dwayne Clark, Kenneth Briley and Dr. Joseph Smith are dismissed from this action. The Clerk is directed to issue summons and forward to the United States Marshal for service. Plaintiff's motion for use of the prison law library is premature at is time. This Court will deal with all relevant aspects of this action at the November 13, 2000 status hearing.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | SEP 13 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | 10 |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 00 SEP 12 PM 1:48 | 9/12/2000 | |
| | | | date mailed notice | |
| SN | courtroom deputy's initials | | SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

JOE N. SHERROD-BEY, N-13582,  )
                              )
                  Plaintiff,  )
                              )
v.                            )     No.  00 C 5206
                              )
DONALD N. SNYDER, JR., et al.,)
                              )
                  Defendants. )

                       MEMORANDUM ORDER

This Court's August 31, 2000 memorandum order ("Order") granted the Application To Proceed Without Prepayment of Fees ("Application") that had been filed pro se by Joe Sherrod-Bey ("Sherrod-Bey"), a prisoner in custody at Stateville Correctional Center ("Stateville"), pursuing his self-prepared 42 U.S.C. §1983 ("Section 1983") Complaint against a number of employees of the Illinois Department of Corrections ("Department"). As provided in 28 U.S.C. §1915(b)(1), that meant Sherrod-Bey is obligated to pay the $150 filing fee in appropriate installments.

Now however Sherrod-Bey has taken a somewhat different tack. On September 7 he sent in these additional documents:

    1. Motion To File an Amended Complaint, Instanter ("Pleading Motion");

    2. Motion for Use of the Prison Law Library ("Library Motion"); and

    3. a totally new Section 1983 Complaint ("Amended Complaint").

This memorandum order addresses each of those new filings.

As for the Pleading Motion, it effectively constitutes a voluntary dismissal of original Complaint Counts I and II and the consequent dismissal of five of the original defendants: Department Director Donald Snyder, Jr., Department Chief Deputy Director George DeTella, Department Assistant Deputy Director Dwayne Clark, Stateville Warden Kenneth Briley and Stateville Medical Director Dr. Joseph Smith. That motion is granted, and those defendants are dismissed from this action.

As for the Library Motion, that is really premature. Depending on the responsive pleading that is received from the remaining three defendants, this Court will determine whether or not to appoint pro bono counsel to represent Sherrod-Bey (Order at 3 has already set November 13, 2000 as the next status hearing date in this action, and this Court expects to deal with all relevant aspects of this action then).

Finally, leave is granted to file the Amended Complaint. It essentially repeats the allegations of Counts III through VI of the original Complaint, renumbering the counts as new Counts I through IV and renumbering the paragraphs setting out Sherrod-Bey's allegations against remaining defendants Department Assistant Deputy Director James Page, Joliet Correctional Center Assistant Warden Jerome Springborn and Stateville Adjustment Committee Chairman Adrianna Johnson. That in turn limits the

directive for service of process that was contained in the Order to those three remaining defendants.

                                   /s/ Milton I. Shadur
                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge

Date:   September 12, 2000